1  ROBERT A. WEIKERT (CA SBN 121146)
   raweikert@thelen.com
2  JOHN A. CHATOWSKI (CA SBN 174471)
   jachatowski@thelen.com
3  THELEN REID BROWN RAYSMAN & STEINER LLP
   101 Second Street, Suite 1800
4  San Francisco, CA 94105
   Tel. 415.371.1200
5  Fax 415.371.1211

6  Attorneys for Plaintiff
   THE DOCTORS COMPANY
7

**E-filing**

FILED
08 JUN 25 AM 11:45
RICHARD W. WIEKING
U.S. DISTRICT COURT
N.D. OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

JL

THE DOCTORS COMPANY,

Plaintiff,

v.

DOCTORADVOCATE, INC., a Texas corporation,

Defendant.

Case No. CV 08 3069

**PLAINTIFF THE DOCTORS COMPANY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1.     None other than named parties in this action, and the subscribers/insureds of The Doctors Company, an inter-insurance exchange.

Dated: June 25, 2008      THELEN REID BROWN RAYSMAN & STEINER LLP

_____
ROBERT A. WEIKERT

Attorneys for Plaintiff
THE DOCTORS COMPANY

SF #1495505 v1      -2-

PLAINTIFF THE DOCTORS COMPANY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS