ROBERT A. WEIKERT (CA SBN 121146)
raweikert@thelen.com
JOHN A. CHATOWSKI (CA SBN 174471)
jachatowski@thelen.com
THELEN REID BROWN RAYSMAN & STEINER LLP
101 Second Street, Suite 1800
San Francisco, CA  94105
Tel. 415.371.1200
Fax 415.371.1211

Attorneys for Plaintiff
THE DOCTORS COMPANY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| THE DOCTORS COMPANY,<br><br>            Plaintiff,<br>     v.<br><br>DOCTORADVOCATE, INC., a Texas corporation,<br><br>            Defendant. | Case No.  CV 08-3069<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE.

Plaintiff The Doctors Company hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: July 8, 2008                    THELEN REID BROWN RAYSMAN & STEINER LLP


                                                           /s/ John A. Chatowski
                                                           JOHN A. CHATOWSKI

                                                           Attorneys for Plaintiff
                                                           THE DOCTORS COMPANY